## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| STATE ex, rel, Michael Coffield, et al., | : | |
| | : | |
| | : | CASE NO: |
| Plaintiffs, | : | |
| | : | JUDGE |
| vs. | : | |
| | : | MAGISTRATE JUDGE |
| Village of Granville, et al., | : | |
| | : | |
| Defendants. | | |

### NOTICE OF REMOVAL

Now come Defendants Village of Granville, Village of Granville Council, Village of Granville Board of Building & Zoning Appeals and Village of Granville Planning Commission ("Defendants"), by and through counsel, hereby file this Notice of Removal of this case from the Licking County Court of Common Pleas to the United States District Court for the Southern District of Ohio, Eastern District, pursuant to 28 U.S.C. §§ 1441 and 1446. Defendants submit that removal is appropriate and avers as follows:

1. The case was commenced and is now pending in the Court of Common Pleas, for Licking County, Ohio on January 2, 2026, Licking County Court of Common Pleas Case No. 2026-cv-00001 ("State Court Action"). A true and accurate copy of the state court docket with all filed pleadings is attached hereto as Exhibit A.

2. The Complaint was served on all Defendants on January 5, 2026. (See Ex. A).

3.      Defendants are a municipal entity, the Village of Granville, its Council, Board of Zoning Appeal, and its Planning Commission—all public entities within Licking County, Ohio.

5.      The United States District Court for the Southern District of Ohio is the proper venue for removal of the State Court Action pursuant to 28 U.S.C. § 1441(a) because the Court of Common Pleas of Licking County, Ohio is located within the jurisdiction of the United States District Court for the Southern District of Ohio.

6.      This is a civil action that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1331 and is one that may be removed to this Court based on the presentation of a federal question in accordance with 28 U.S.C. §§ 1441 and 1446. "A state-court action may be removed to federal court if it qualifies as a civil action . . . of which the district courts of the United States have original jurisdiction." *Rivet v. Regions Bank of La.*, 522 U.S. 470, 474, 118 S. Ct. 921, 139 L. Ed. 2d 912 (1998) (internal quotation marks omitted). "A federal court may determine the presence or absence of a federal question by examining *** the plaintiff's well pleaded complaint such that the case is removable if "a federal question appear[s] on the face of the complaint." *Banks v. Alexander*, 294 F.App'x 221, 224 (6th Cir.2008) (citing *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392, 107 S. Ct. 2425, 96 L. Ed. 2d 318 (1987)).

7.      Here, Plaintiffs' Complaint alleges that Defendants' actions denied Plaintiffs "their constitutional right to due process." (*See* Complaint at ¶¶71-75). Additionally,

2

Plaintiffs' Sixth Cause of Action appears to allege an equal protection violation. (*Id.* at ¶¶85-89).

8.      To the extent Plaintiffs assert additional state claims, this Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367 because their allegations arise from and are part of the same case or controversy as the federal question. Therefore, this action is one which can be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (c).

9.      This Notice is filed pursuant to 28 U.S.C. § 1441 within the time limits prescribed by 28 U.S.C. § 1446(b).

10.     Defendants will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d).

11.     All Defendants are party to this Notice, and thus consent to removal.

WHEREFORE, Defendants provide notice that this action is removed to the United States District Court for the Southern District of Ohio, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446 and that the Common Pleas Court of Licking County, Ohio, shall proceed no further unless this case is remanded.

 [*signature on following page*]

Respectfully submitted,

/s/ Thomas N. Spyker
Thomas N. Spyker  (0098075)
**REMINGER CO., L.P.A.**
200 Civic Center Drive, 8th Floor
Columbus, Ohio 43215
Phone: (614) 228-1311
Fax:   (614) 232-2410
tspyker@reminger.com

Molly E. Davis  (0097484)
**REMINGER CO., L.P.A.**
One SeaGate, Suite 1600
Toledo, Ohio 43604
Phone: (419) 254-1311
Fax:   (419) 243-7830
medavis@reminger.com

*Counsel for Defendants Village of Granville, Village of Granville Council, Village of Granville Board of Building & Zoning Appeals and Village of Granville Planning Commission*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I electronically filed the foregoing on the 3rd day of February, 2026, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Nita L. Hanson (0084342)
W. Douglas Lowe (0030106)
23 East Church Street
Newark, Ohio 43055
doug.lowe@wdlowelaw.com
nita@wdlowelaw.com

Connie J. Klema (0066428)
PO Box 991
Pataskala, Ohio 43062
cklemaattorney@gmail.com
*Counsel for Plaintiffs*

*/s/ Thomas N. Spyker*
Thomas N. Spyker       (0098075)